IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DENNIS BROWN, III, #108821** | * |
| **Plaintiff,** | * |
| vs. | *   CIVIL ACTION NO. 15-00334-KD-B |
| **CYNTHIA STEWART,** *et al.*, | * |
| **Defendants.** | * |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. Accordingly, this action is **DISMISSED** without prejudice for failure to prosecute and to obey the Court's order.

DONE this the 22nd day of December 2015.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE